Johnny R. HUFF, Plaintiff–Appellant,

v.

C.D. LARSEN, Warden, Lunenburg Correctional Center; ICC Board and Security; Assistant Warden Wallace; Gary Graham, Operations Officer; David Graham, Assistant Operations Officer; Counselor Williams; Assistant Warden Wallace; Security Lieutenant Martin; Correctional Officer Hamon; Correctional Officer Woodson; Correctional Officer Ferguson; Correctional Officer Ford; Correctional Officer Thorton; Correctional Officer Boise; Nurse Black, Defendants–Appellees.

No. 01–6191.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Johnny R. Huff, pro se.

Therefore, the statement in the court's November 2000 order is erroneous.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Johnny R. Huff appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Huff v. Larsen,* No. CA–99–1754–2 (E.D.Va. Jan. 16, 2001). Huff's pending motions for release from isolation, for an injunction, to overturn a determination of the Department of Corrections, and for prospective injunctive relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*